McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BRITTANY MONIQUE COLE; JOHNNY JACKSON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendant. | Case No. 2:18-cv-01313<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that on behalf of Defendant GEICO CASUALTY COMPANY, the undersigned, counsel of record for said Defendant, certifies pursuant to L.R. 7.1-1 that the following listed parties have a pecuniary interest in the outcome of this case. These representation are made to enable the Court to evaluate possible disqualification or recusal:

GEICO CASUALTY COMPANY ("GEICO") is one of the affiliated companies under the Government Employees Insurance Company ("GEICO") group of companies. GEICO is wholly

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

owned indirect subsidiaries of Berkshire Hathaway, Inc.  No parent entity or publically held trust holds ten percent or more of the stock for Berkshire Hathaway, Inc.

Other than the parties, Defendant is not aware of any other person or entity with a possible interest.

DATED this 18th day of July, 2018

      McCORMICK, BARSTOW, SHEPPARD,
      WAYTE & CARRUTH LLP

      By      /s/ Wade M. Hansard
           Wade M. Hansard
           Nevada Bar No. 8104
           Jonathan W. Carlson
           Nevada Bar No. 10536
           Renee M. Maxfield
           Nevada Bar No. 12814
           8337 West Sunset Road, Suite 350
           Las Vegas, Nevada 89113
           Tel. (702) 949-1100

      Attorneys for GEICO CASUALTY COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2
CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2018, a true and correct copy of **NOTICE OF CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| | |
|---|---|
| Adam S. Kutner, Esq.<br>ADAM S. KUTNER, P.C.<br>1137 South Rancho Drive<br>Suite 150-A<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiffs* | Michael C. Kane. Esq.<br>Bradley J. Myers, Esq.<br>Genevieve Romand, Esq.<br>THE702FIRM<br>400 S. 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* |

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

5232286.1