Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiffs
**BRITTANY MONIQUE COLE,**
and **JOHNNY JACKSON, JR.**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **BRITTANY MONIQUE COLE, JOHNNY JACKSON, JR.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**GEICO CASUALTY COMPANY, DOES I** through **X**; and **ROE CORPORATIONS XI** through **XX,**<br><br>Defendants. | Case No. **2:18-cv-01313-GMN-(GWF)**<br><br>SUBSTITUTION OF<br><u>ATTORNEY OF RECORD BY PLAINTIFFS</u> |

Plaintiffs, **BRITTANY MONIQUE COLE** and **JOHNNY JACKSON, JR.,** hereby consent to the substitution of attorney Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS instead of and in place of our present attorneys Michael C. Kane, Bradley J. Myers, and Genevieve Romand, of THE 702 FIRM and Adam S. Kutner of ADAM S. KUTNER, P.C.

Dated: July 24, 2018.

_____
BRITTANY MONIQUE COLE

_____
JOHNNY JACKSON, JR.

Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS, a member of the Bar of this Court, hereby consents to and accepts his substitution as counsel of record for Plaintiffs instead of and in place of Michael C. Kane, Bradley J. Myers, and Genevieve Romand, of THE



702 Firm and Adam S. Kutner of ADAM S. KUTNER, P.C.

Dated: Tuesday, July 24, 2018.

LAW OFFICES OF STEVEN J. PARSONS

_/s/ Steven J. Parsons_
STEVEN J. PARSONS
Nevada Bar No. 363

Attorneys for Plaintiffs
**BRITTANY MONIQUE COLE,**
and **JOHNNY JACKSON, JR.**

Michael C. Kane, Bradley J. Myers, and Genevieve Romand, of THE 702 FIRM, and Adam S. Kutner of ADAM S. KUTNER, P.C. do hereby consent to the substitution of attorney Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS as counsel of record for Plaintiffs in their place and stead.

Dated: July ___, 2018.

MICHAEL C. KANE
BRADLEY J. MYERS, and
GENEVIEVE ROMAND
THE 702 FIRM

By: _____

Dated: July 30th, 2018.

ADAM S. KUTNER
ADAM S. KUTNER, P.C.

By: _Adam S. Kutner, Esq._

**ORDER**

**IT IS SO ORDERED.**

Dated: _____.

_____
U.S. DISTRICT/MAGISTRATE JUDGE


LAW OFFICES OF
STEVEN J. PARSONS

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

Page 2 of 2

702 Firm and Adam S. Kutner of ADAM S. KUTNER, P.C.

Dated: Tuesday, July 24, 2018.

LAW OFFICES OF STEVEN J. PARSONS

_____
STEVEN J. PARSONS
Nevada Bar No. 363

Attorneys for Plaintiffs
BRITTANY MONIQUE COLE,
and JOHNNY JACKSON, JR.

Michael C. Kane, Bradley J. Myers, and Genevieve Romand, of THE 702 FIRM, and Adam S. Kutner of ADAM S. KUTNER, P.C. do hereby consent to the substitution of attorney Steven J. Parsons, of LAW OFFICES OF STEVEN J. PARSONS as counsel of record for Plaintiffs in their place and stead.

Dated: July ___, 2018.

MICHAEL C. KANE
BRADLEY J. MYERS, and
GENEVIEVE ROMAND
THE 702 FIRM    #13235

By: _____

Dated: July ___, 2018.

ADAM S. KUTNER
ADAM S. KUTNER, P.C.

By: _____

**ORDER**

IT IS SO ORDERED.

Dated: August 7, 2018

_____
UNITED STATES MAGISTRATE JUDGE

